UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
In Re:

    CRYSTAL M. WARD,

                    Debtor(s).

IN PROCEEDINGS UNDER CHAPTER 7 STATEMENT OF PRE-PETITION SERVICES PURSUANT TO LOCAL RULE 2017-1

----------------------------------------X

Undersigned, pursuant to Rule 2017-1 of the Local Rules United States Bankruptcy Court of the Eastern District of New York states that the services performed by the undersigned employees of his firm prior to the filing of the Petition are as follows:

```
INITIAL INTERVIEW        1.00 HR.
SUBSEQUENT INTERVIEW     2.00 HRS.
PREPARATION OF PAPERS    2.25 HRS.
TYPING OF PETITION       1.50 HRS.
```

Undersigned further states that the normal billing rate for a member of the firm on non-bankruptcy matters is $300.00 per hour.

Date: February 4, 2009

                                      Respectfully submitted,

                                      <u>S/ Richard F. Artura</u>
                                      Richard F. Artura, ESQ.
                                      Attorney for Debtor
                                      Phillips, Weiner, & Artura & Cox
                                      165 South Wellwood Avenue
                                      Lindenhurst, NY 11757
                                      631-226-2100