

GOOD SAMARITAN HOSPITAL
WEST ISLIP, NY 11795

| | | | | |
|---|---|---|---|---|
| 217009 | 166116 | 51346 | 1890047 | FEDERAL |
| 25193.14 | 100693 | 22692 | 3959291 | FICA |
| | | | | STATE |
| | | | | LOCAL |
| | | | | SDI-NY |
| | | | | NTX DENTAL-FA |
| | | | | BLUE CROSS-FA |

| DESCRIPTION | HOURS | EARNINGS | YEAR-TO-DATE | | |
|---|---|---|---|---|---|
| REGULAR 1 | 45.00 | 152204 | 3297775 | 17138 | 88070 |
| OVERTIME 1 | 7.00 | 39114 | 139114 | 18029 | 37992 |
| STRAIGHT O/T | 0.50 | 1691 | 1691 | 11529 | 24391 |
| H VISITS | | 54000 | 98000 | 000 | 000 |
| | | | | 120 | 240 |
| | | | | 715 | 1430 |
| | | | | 10631 | 21262 |

CHECK NO. 886433
RATE 33.8250
AMT OF CHECK 1890.47

EMPLOYEE NO.
422025

PAY PERIOD
01/17/09

VAC 107.21    SICK 0.00    HOL 0.00

STATEMENT OF EARNINGS AND DEDUCTIONS    PLEASE DETACH BEFORE DEPOSITING    RETAIN FOR YOUR RECORDS



GOOD SAMARITAN HOSPITAL
WEST ISLIP, NY 11795

| EARNINGS | TAXES | DEDUCTIONS | NET PAY | DESCRIPTION | TAXES/DED | YEAR-TO-DATE |
|---|---|---|---|---|---|---|
| 272305 | 54077 | 51346 | 206882 | FEDERAL | 20932 | 20932 |
| 272305 | 54077 | 51346 | 206882 | FICA | 19963 | 19963 |
| | | | | STATE | 13062 | 13062 |
| | | | | LOCAL | 000 | 000 |
| | | | | SDI-NY | 120 | 120 |
| | | | | NTX DENTAL-FA | 715 | 715 |
| | | | | BLUE CROSS-FA | 10631 | 10631 |

| DESCRIPTION | HOURS | EARNINGS | YEAR-TO-DATE |
|---|---|---|---|
| REGULAR 1 | 52.50 | 177571 | 177571 |
| PERSONAL DAY | 7.50 | 25367 | 25367 |
| VACATION PAY | 7.50 | 25367 | 25367 |
| H VISITS | | 44000 | 44000 |

CHECK NO. 885614
RATE 33.8230
AMT OF CHECK 2068.82

EMPLOYEE NO.
422025

PAY PERIOD
01/03/09

VAC 109.75    SICK 0.00    HOL 0.00

STATEMENT OF EARNINGS AND DEDUCTIONS    PLEASE DETACH BEFORE DEPOSITING    RETAIN FOR YOUR RECORDS



| | | | | DESCRIPTION | TAXES/DED | YEAR-TO-DATE | GOOD SAMARITAN HOSPITAL |
|---|---|---|---|---|---|---|---|
| 223086 | 40067 | 11346 | 1716173 | FEDERAL | 14059 | 419084 | WEST ISLIP, NY 11795 |
| 983455 | 1134933 | 215574 | 46329148 | FICA | 16197 | 446087 | |
| DESCRIPTION | HOURS | EARNINGS | YEAR-TO-DATE | STATE | 9691 | 272762 | CHECK NO. 884810 |
| REGULAR 1 | 4600 | 155586 | 44161260 | LOCAL | 000 | 000 | RATE 33.8230 |
| VISITS | 67500 | 995500 | | SDI-NY | 120 | 3000 | |
| | | | | NTX-DENTAL-FA | 715 | 13585 | AMT OF CHECK 1716173 |
| | | | | BLUE CROSS-FA | 10631 | 201989 | |

EMPLOYEE NO.
422025

PAY PERIOD
12/20/08

VAC 106.06        SICK 0.00        HOL 0.00

STATEMENT OF EARNINGS AND DEDUCTIONS        **PLEASE DETACH BEFORE DEPOSITING**        RETAIN FOR YOUR RECORDS



| EARNINGS | TAXES | DEDUCTIONS | NET PAY | DESCRIPTION | TAXES/DED | YEAR-TO-DATE | GOOD SAMARITAN HOSPITAL |
|---|---|---|---|---|---|---|---|
| 2568820 | 250609 | 11346 | 1968665 | FEDERAL | 194119 | 405025 | WEST ISLIP, NY 11795 |
| 745269 | 10934866 | 4204228 | 44461775 | FICA | 189932 | 423890 | |
| DESCRIPTION | HOURS | EARNINGS | YEAR-TO-DATE | STATE | 121380 | 263071 | CHECK NO. 881072 |
| REGULAR 1 | 4500 | 152204 | 43056743 | SDI-NY | 120 | 2880 | RATE 33.8230 |
| OVERTIME 1 | 050 | 2874 | 157866 | NTX-DENTAL-F | 715 | 12870 | |
| STRAIGHT O/T | 050 | 1651 | 257495 | BLUE CROSS-FA | 10631 | 191358 | AMT OF CHECK 1968665 |
| HOLIDAY WRKD | 750 | 38051 | 15220 | | | | |
| CALL | 100 | 4500 | 13500 | | | | |
| VISITS | | 59500 | 928000 | | | | |

EMPLOYEE NO.
422025

PAY PERIOD
12/06/08

VAC 102.52        SICK 0.00        HOL 0.00

STATEMENT OF EARNINGS AND DEDUCTIONS        **PLEASE DETACH BEFORE DEPOSITING**        RETAIN FOR YOUR RECORDS