# United States Bankruptcy Court

### Eastern District of New York
### 290 Federal Plaza, P.O. Box #9013
### Central Islip, NY 11722−9013

---

IN RE:                                                                    CASE NO: 8−09−71050−ast

  Crystal M. Ward

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer                CHAPTER: 7
ID No.:

  xxx−xx−6898

                        DEBTOR(s)

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Marc A Pergament (Trustee) is discharged as trustee of the estate of the above−named debtor(s).

- The Chapter 7 case of the above−named debtor(s) is closed.

s/ Alan S. Trust
United States Bankruptcy Judge

 Dated: October 6, 2010