# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–8 | User: sdolan | Date Created: 10/6/2010 |
| Case: 8–09–71050–ast | Form ID: 205 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
tr          Marc A Pergament        mpergament@wgplaw.com, n167@ecfcbis.com
aty        Marc A Pergament        mpergament@wgplaw.com, N167@ecfcbis.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Crystal M. Ward         273 Delaware Avenue        Bay Shore, NY 11706
aty        Richard F Artura        Phillips, Weiner, Artura &Cox        165 South Wellwood Avenue        Lindenhurst, NY 11757
smg       United States Trustee        Office of the United States Trustee        Long Island Federal Courthouse        560 Federal Plaza        Central Islip, NY 11722–4437

TOTAL: 3